**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HENRY CARTER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> N.J. PAROLE BOARD – TRENTON N.J., : <br> et al., : <br> : <br> Defendants. : <br> : | Civ. No. 23-1393 (GC) (TJB) <br><br><br> **MEMORANDUM & ORDER** |

**CASTNER, District Judge**

Plaintiff is proceeding *pro se* with a civil complaint. (*See* ECF 1). Previously, on March 15, 2023, this Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 3). In that Order, this Court noted that Plaintiff failed to sign his complaint. (*See id.*). This Court gave Plaintiff thirty (30) days in which to correct this deficiency or else risk potential administrative termination of this action. (*See id.*). To date, Plaintiff has not corrected this signature deficiency. Thus, this Court will strike the Complaint and administratively terminate this action given that Federal Rule of Civil Procedure 11 states that a complaint shall be struck if not signed. Plaintiff shall be given one final thirty (30) day period in which to seek to reopen this action by filing a *signed* complaint.

Accordingly, IT IS on this __1st__ day of May, 2023,

ORDERED that Plaintiff's Complaint (ECF 1) is struck pursuant to Federal Rule of Civil Procedure 11 as it lacks a signature; and it is further

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this action; and it is further

ORDERED that Plaintiff may seek to have this matter reopened within thirty (30) days of the date of this Memorandum and Order if he submits a *signed* complaint; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

*[signature]*
GEORGETTE CASTNER
United States District Judge